**No. 10-1051. Chipotle Mexican Grill, Inc., Petitioner v. Maurizio Antoninetti.**

563 U.S. 956, 131 S. Ct. 2113, 179 L. Ed. 2d 926, 2011 U.S. LEXIS 2909.

April 18, 2011. Petition for writ of certiorari to the United States Court of Ap-

peals for the Ninth Circuit denied. Justice Scalia took no part in the consideration or decision of this petition.

Same case below, 643 F.3d 1165.

**No. 10-1131. Michael Duane Smith, Petitioner v. United States.**

563 U.S. 956, 131 S. Ct. 2126, 179 L. Ed. 2d 926, 2011 U.S. LEXIS 2846.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 398 Fed. Appx. 423.

**No. 10-1133. Mustafa Redzic, Petitioner v. United States.**

563 U.S. 956, 131 S. Ct. 2126, 179 L. Ed. 2d 926, 2011 U.S. LEXIS 2936.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 627 F.3d 683.

**No. 10-7925. Sadiq K., Petitioner v. Maine Department of Health and Human Services.**

563 U.S. 956, 131 S. Ct. 2094, 179 L. Ed. 2d 926, 2011 U.S. LEXIS 2914.

April 18, 2011. Motion of respondent for leave to file brief in opposition under

seal granted. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 2 A.3d 265.